UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PUSTAM, | No. 2:24-cv-00285-DAD-DB |
| Plaintiff, | |
| v. | <u>ORDER ENTERING JUDGMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER</u> |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | (Doc. No. 8) |

On March 26, 2024, plaintiff filed a notice of acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment. (Doc. No. 8.) Therein, plaintiff requests that judgment be entered in his favor in the amount of $62,401.36 pursuant to the terms of the accepted Rule 68 offer. (*Id.* at 1.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, defendant served plaintiff with a Rule 68 offer of judgment in the amount of $62,401.36, plus reasonable attorneys' fees and costs in an amount to be determined by the court upon a noticed motion if plaintiff does not accept defendant's offer of "$10,000.00 as complete

1

satisfaction for all attorney's fees incurred in connection with this action." (*See* Doc. No. 8 at 5.) Plaintiff accepted the Rule 68 offer in writing on March 26, 2024. (*Id.* at 6.) Plaintiff requests that judgment be entered in favor of plaintiff and against defendant in the sum of $62,401.36, and that the matter of reasonable attorneys' fees and costs be reserved, to be resolved by the parties or determined by the court on motion. (*Id.*)

Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of plaintiff and against defendant Nissan North America, Inc. in the amount of $62,401.36, plus reasonable attorneys' fees and costs (Doc. No. 8);

2. Within fourteen (14) days from the date of entry of this order, plaintiff shall file either a notice that he accepts defendant's offer of $10,000 as satisfaction for his attorneys' fees and costs, or a motion for an award of reasonable attorneys' fees and costs; and

3. Plaintiff shall file dispositional documents within fourteen (14) days of plaintiff's counsel's receipt of defendant's payment of the settlement amount and payment of plaintiff's attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **April 30, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE